United States District Court
Southern District of Texas
**ENTERED**
May 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:22-CV-00004 |
|---|---|---|---|

State of Texas et al.

*versus*

Joseph R. Biden et al.

United States Courts
Southern District of Texas
**FILED**
MAY 05 2022
Nathan Ochsner
Clerk of Court

| | |
|---|---|
| Lawyer's Name | Darren Kinkead |
| Firm | Office of the Illinois Attorney General |
| Street | 100 W. Randolph St. |
| City & Zip Code | Chicago, IL 60601 |
| Telephone & Email | (773) 590-6967 & Darren.Kinkead@ilag.gov |
| Licensed: State & Number | Illinois 6304847 |
| Federal Bar & Number | Northern District of Illinois 6304847 |

| Name of party applicant seeks to appear for: | State of Illinois as potential amicus |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/4/2022 | Signed: /s/ Darren Kinkead |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to practice |
|---|---|
| Dated: 5/5/2022 | Clerk's signature |

### Order

This lawyer is admitted *pro hac vice*.

Dated: May 05, 2022

Drew B. Tipton
United States District Judge