United States District Court
Southern District of Texas

**ENTERED**
May 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:22-cv-00004 |
|---|---|---|---|

State of Texas, et al.

*versus*

Joseph R. Biden, Jr., et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | JoAnn Kintz<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 517-6600<br>Colorado, bar no. 47870 |
|---|---|

| Name of party applicant seeks to appear for: | Amici -- Texas AFL-CIO, National Employment Law Project, Communications Workers of America, Service Employees International Union, National Women's Law Center, Economic Policy Institute, EveryTexan, and the Indiana Community Action Poverty Institute |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/6/2022 | Signed: /s/ JoAnn Kintz |
|---|---|

The state bar reports that the applicant's status is:  Eligible to Practice

Dated: May 05, 2022    Clerk's signature

### Order

Dated: May 06, 2022

This lawyer is admitted *pro hac vice*.

_____
United States District Judge