United States District Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **State of Texas,** *et al* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 6:22-CV-00004 |
| | § | |
| **Biden,** *et al*. | § | |
| | § | |
| Defendant. | § | |

# ORDER

Pending before the Court is Unopposed Motion for Leave to File Brief of Texas AFL-CIO, Every Texan, Southwest Laborers' District Council, National Employment Law Project, Communications Workers of America, Service Employees International Union, National Women's Law Center, Economic Policy Institute, and Indiana Community Action Poverty Institute as *Amici Curiae* in Support of Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment. (Dkt. No. 37. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

Signed this 9th of May, 2022.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**