United States District Court
Southern District of Texas
**ENTERED**
September 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| The STATE OF TEXAS, the STATE OF LOUISIANA, and the STATE OF MISSISSIPPI, § § § § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 6:22-CV-00004 |
| JOSEPH R. BIDEN, President of the United States, in his official capacity, UNITED STATES DEPARTMENT OF LABOR, MARTIN J. WALSH, Secretary of the United States Department of Labor, in his official capacity, and JESSICA LOOMAN, Acting Administrator of the United States Department of Labor, in her official capacity, § § § § § § § § § § § § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion and Order issued under Rule 52 of the Federal Rules of Civil Procedure on this date, it is hereby

**ORDERED and ADJUDGED** that Final Judgment is entered in favor for the Plaintiffs on Count I of their Complaint.

**ORDERED and ADJUDGED** that partial Final Judgment is entered in favor of the Defendants on Counts II and III of Plaintiffs' Complaint as it relates to the Executive Order.

**ORDERED and ADJUDGED** that the Court does not reach Count III, as it relates to the Final Rule, and does not reach Counts IV and V of the Plaintiffs' Complaint.

The Court **ENJOINS** Defendants from enforcing Executive Order 14,026, Exec. Order No. 14,026, 86 Fed. Reg. 22,835 (Apr. 30, 2021), and the Final Rule, *Increasing the Minimum Wage for Federal Contractors*, 86 Fed. Reg. 67,126 (Nov. 24, 2021) against the States of Texas, Louisiana, and Mississippi and their agencies.

The Court **DENIES** all other requested relief.

The Court **STAYS** the effect of this Final Judgment for seven days from the date of entry to allow the Defendants to seek relief at the appellate level.

It is SO ORDERED.

Signed on September 26, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**