# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 20, 2025
Lyle W. Cayce
Clerk

No. 23-40671

───────────

STATE OF TEXAS; STATE OF MISSISSIPPI; STATE OF LOUISIANA,

*Plaintiffs—Appellees,*

versus

PRESIDENT DONALD J. TRUMP, *in his official capacity as President of the United States*; DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, *Secretary, U.S. Department of Labor, in her official capacity as United States Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the United States Department of Labor, Wage & Hour Division*,

*Defendants—Appellants.*

───────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:22-CV-4

───────────

UNPUBLISHED ORDER

Before CLEMENT, GRAVES, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED Appellees' unopposed motion to stay issuance of the mandate is GRANTED.