# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 20, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40671   State of Texas v. Trump
                    USDC No. 6:22-CV-4

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca Andry, Deputy Clerk
504-310-7638

Mr. Jorge Benjamin Aguinaga
Ms. Elisabeth Daigle
Mr. Brian Rene Frazelle
Mr. Matthew Hamilton Frederick
Ms. Gabriela Gonzalez-Araiza
Ms. Brianne Jenna Gorod
Ms. Amy Snow Hilton
Mr. Christopher D. Hilton
Ms. Sarah A Hunger
Mr. Steven Paul Lehotsky
Mr. Justin Lee Matheny
Ms. Brooke Menschel
Ms. Elizabeth Baker Murrill
Mr. Aaron Lloyd Nielson
Mr. Nathan Ochsner
Mr. Stephen John Petrany
Mr. Michael Poon
Mr. Daniel Winik
Ms. Elizabeth Wydra