UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| The STATE OF TEXAS, the STATE OF LOUISIANA, and the STATE OF MISSISSIPPI,<br><br>　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, in his official capacity, UNITED STATES DEPARTMENT OF LABOR, MARTIN J. WALSH, Secretary of the United States Department of Labor, in his official capacity, and JESSICA LOOMAN, Acting Administrator of the United States Department of Labor, in her official capacity,<br><br>　　Defendants. | Civil Action No. 6:22-CV-00004 |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

Pursuant to the mandate of the Fifth Circuit Court of Appeals, *see State of Texas v. Trump*, No. 23-40671 (5th Cir. Sept. 9, 2025), ECF No. 191, which remanded the above-captioned case "to the district court with instructions to dismiss this case with prejudice," *id.* at 2, this case is **DISMISSED with prejudice**. Each party to bear its own attorney's fees and costs.

It is SO ORDERED.

This is a **FINAL JUDGMENT**.

2

Signed on November 17, 2025.

                                                                                     _____
                                                                                           **DREW B. TIPTON**
                                                                        **UNITED STATES DISTRICT JUDGE**